AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
| v. | ) |
| MATTHEW TOLLIS | ) Case No. 3:14mJ206(HBF) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of Hartford in the _____ District of Connecticut, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 844(e) & 2 - | Aiding and Abetting the Conveying of False Information Regarding Killing or Injuring Individuals, or Damaging or Destroying Property with Explosives |
| 18 U.S.C. § 1038 & 2 | Aiding and Abetting Bomb Threat Hoax |

This criminal complaint is based on these facts:

See Affidavit Attached

☐ Continued on the attached sheet.

/s/
*Complainant's signature*

Redacted  Special Agent F.B.I.
*Printed name and title*

Sworn to before me and signed in my presence.

/s/

Date: 09/09/2014

*Judge's signature*

City and state: Bridgeport, Connecticut

Redacted  U.S. Magistrate Judge
*Printed name and title*